No. 01–255.  BRYAN, SHERIFF OF OKTIBBEHA COUNTY v. ODEN. C. A. 5th Cir.  Certiorari denied.  Reported below: 246 F. 3d 458.

No. 00–1928.  LOVING v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 00–1930.  CROLL v. CROLL.  C. A. 2d Cir.  Certiorari denied.

No. 00–1933.  ANDERSON v. RUSSELL.  C. A. 4th Cir.  Certiorari denied.

No. 00–1934.  AMERICAN GENERAL FINANCE, INC., ET AL. v. BRANCH.  Sup. Ct. Ala.  Certiorari denied.

No. 00–1940.  FINLAN v. DALLAS INDEPENDENT SCHOOL DISTRICT ET AL.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 00–9476.  HOYLE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–10022.  FUNDERBURK ET UX. v. CSX TRANSPORTATION, INC.  C. A. 4th Cir.  Certiorari denied.

No. 00–10118.  MCCREADY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 00–10145.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–10494.  ST. JULES v. SMALL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–10530.  WILLIAMS v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 00–10704.  COHEN v. GRANT, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–10817.  ARROYO v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–1.  BRIDGESTONE/FIRESTONE, INC. v. POLYMER INDUSTRIAL PRODUCTS CO. ET AL.  C. A. Fed. Cir.  Certiorari denied.